# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| **Henry V. Johnson,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **Case No. 09-5030-CV-SW-JTM** |
| | ) | |
| **Michael J. Astrue,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On Thursday, August 12, 2010, the Court heard oral argument on *Plaintiff's Social Security Brief,* filed January 27, 2010 [Doc. 8]; the *Brief for Defendant*, filed May 12, 2010 [Doc. 13]; and *Plaintiff's Reply Brief*, filed June 7, 2010 [Doc. 14]. For the reasons set forth by the Court at the conclusion of the arguments, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4 for action consistent with the decision of the court as set forth at the conclusion of the oral argument on August 12, 2010. It is further

**ORDERED** that the Commissioner shall obtain from the court reporter a copy of the transcript of the oral arguments so that the Commissioner will know the basis upon which this case is remanded.

_____*/s/ John T. Maughmer*_____
**JOHN T. MAUGHMER**
**U. S. MAGISTRATE JUDGE**