IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| **Henry Johnson,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **V.** ) | Case No. 09-5030-CV-S-JTM |
| ) | |
| **Michael J. Astrue,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney's Fees Under The Equal Access To Justice Act*, filed November 1, 2010 [Doc. 20]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney's Fees Under The Equal Access To Justice Act*, filed November 1, 2010 [Doc. 20] is **GRANTED**. Accordingly plaintiff[1] is awarded fees pursuant to the Equal Access To Justice Act in the amount of $6,480.00.

                                                     */s/ John T. Maughmer*
                                                     **JOHN T. MAUGHMER**
                                                     **U. S. MAGISTRATE JUDGE**

---

[1] The Court awards the fees to plaintiff pursuant to *Astrue v. Ratliff,* 130 S. Ct. 2521 (2010), and while noting the parties' apparent agreement, the Court declines to address issues not before it regarding potential debts to the United States that may be subject to offset.